*Rec'd 12/9/10*

# DocuTrak
## 2502 E. University Dr, Suite 270
## Phoenix, AZ 85034
PHONE  602-258-4230    FAX  602-258-0007
TOLL FREE 877-836-2887

Dear Custodian,

We have been retained by Kunz Plitt Hyland Demlong & Kleifield to obtain **ANY AND ALL RECORDS*** in this matter.  Please contact our Customer Service Department at 602-258-4230 to make arrangements for us to acquire these records. Please **DO NOT COPY** these records prior to notifying our Customer Service Representative.

Sincerely,

Michael Richardson
Operations Manager

* Unless indicated otherwise

018996 AZ026



## PROOF OF SERVICE

| DATE | PLACE |
|---|---|
| SERVED | 1548 A. South Euclid<br>Tucson, AZ 85713 |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____

_____
SIGNATURE OF SERVER

2502 E. University Dr, Suite 270
ADDRESS OF SERVER

Phoenix, AZ 85034

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty and appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less that 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where that person resides, is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or
(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or
(iv) subjects a person to undue burden

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or
(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or
(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

## (d) DUTIES IN RESPONDING TO THE SUBPOENA

(1) A person responding to the subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to correspond with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communication, or things not produced that is sufficient to enable the demanding party to contest the claim.

Issued by the

## UNITED STATES DISTRICT COURT

_____ DISTRICT OF_____

ARIZONA

Jade Solis, et al.

V.

Bridgestone Americas, Inc., et al.

SUBPOENA IN CIVIL CASE

CASE NUMBER [1]

10-CV484-TUC-DCB

TO: Carlson Engineering c/o Dennis Carlson
1548 A. South Euclid
Tucson, AZ 85713

[ ] YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

[ ] YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

[X] YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects) re:    DOB: , SS#:

1. An updated professional resume and/or Curriculum Vitae;2. Your complete file in this matter together with all photographs, videotapes, notes, materials, diagrams, sketches, evaluations, reports, and any and all materials sent to and received from plaintiff's counsel;3. All articles, treatises, books, publications, materials and documents which you have reviewed, relied upon, or considered authoritative in arriving at your opinions in this case;4. Copies of all documents, literature, publications, brochures, magazine articles, etc. which show and/or describe the product and equipment at issue in this case;5. All models, illustrations, or other exhibits or documents of any kind which you intend or contemplate using to explain, illustrate or support your testimony at trial;6. All governmental standards, private standards and guidelines which you believe support your opinions or conclusions in this case;7. Your billing records and time sheets in this case;8. A listing of all testimony you have provided, in deposition or trial, in the last five (5) years, providing the date, case name, court, attorney who retained you, and specification of whether a deposition or trial testimony was provided.9. All raw data derived from tests coducted in the connection with this matter.

| PLACE | DATE AND TIME |
|---|---|
| DocuTraK PHX 2502 E. University Dr, Suite 270, Phoenix, AZ 85034 | 12/22/2010 9:00 A.M. |

[ ] YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other person who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE | DATE |
|---|---|
| _(signature)_    ATTORNEY FOR Defendant | 12/23/10 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Matthew D. Kleifield, 3838 N. Central Avenue, Phoenix, AZ 85012

602-331-4600

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)

[1] If action is pending in district other than district of issuance, state district under case number.

018996 AZ026

Issued by the

## UNITED STATES DISTRICT COURT

DISTRICT OF

### ARIZONA

Jade Solis, et al.

V.

Bridgestone Americas, Inc., et al.

SUBPOENA IN CIVIL CASE

CASE NUMBER
10-CV484-TUC-DCB

## PROOF OF SERVICE OF NOTICE TO CONSUMER

I am a resident of the State of Arizona, over the age of eighteen years, and not a party to the within action. My business address is 2502 E. University Dr. Suite 270, Phoenix, AZ 85034. On 11/30/2010, I served the Subpoena:

[X] by placing a true copy of the document(s) listed above for collection and mailing following the firm's ordinary business practice in a sealed envelope with postage thereon fully prepaid for deposit in the United States mail at Phoenix, Arizona addressed as set forth below.

I am readily familiar with the firm's practice of collecting and processing correspondence for mailing and for shipping via overnight delivery service. Under that practice it would be deposited with the U.S. Postal Service or if an overnight delivery service shipment, deposited in an overnight delivery service pick-up box or office on the same day with postage or fees thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct, and that this declaration was executed on 11/30/2010.

Barry Bellovin
Bellovin & Karnas, PC
131 E. Broadway
Tucson, AZ 85701

Craig W. Phillips
Lewis & Roca
40 N. Central Ave
Phoenix, AZ 85004

Signed: |S| Michael Richardson

018996

# AFFIDAVIT OF CUSTODIAN OF RECORDS

Patient:
Date of Birth:
Social Security Number:

I am duly authorized custodian of the records and I have authority to certify the records for:

**Carlson Engineering c/o Dennis Carlson**
**1548 A. South Euclid**
**Tucson, AZ 85713**

The records pertain to the above patient. The records submitted are true and complete copies of all the records requested. No documents have been withheld in order to avoid their being copied. To the best of my knowledge, all such records were prepared or compiled by personnel of our office or given to be copied to personnel of DocuTraK in the ordinary course of business, at or near the time of the acts, conditions or events recorded. **I declare under penalty of perjury that the foregoing is true and correct.**

_____        _____
Custodian Name(Print)                            Signature of Custodian of Records

Subscribed and sworn to before me this _____ day of _____, 2010

_____        _____
Notary Public                                          My commission expires

On this date I have prepared these documents as a representative of DocuTrak and declare the attached are true and complete copies of the documents provided.

_____        _____
DocuTrak Representative                          Date

018996 AZ026