# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Jade Solis, et al.,<br>　　　　Plaintiffs,<br>v.<br>Bridgestone Corporation, *et al.*,<br>　　　　Defendants. | CV 10-484 TUC DCB<br><br>**ORDER** |

　　　　The court having been notified that this case has been settled by the Plaintiffs and all the Bridgestone Defendants.

　　　　**IT IS ORDERED** that the case is dismissed without prejudice as to the Bridgestone Defendants only.

　　　　**IT IS FURTHER ORDERED** that the parties shall file the appropriate dismissal documents within **60 days** of the filing of this Order.

　　　　**IT IS FURTHER ORDERED** that this Court retains jurisdiction over this matter to reopen the case and return it to the Court's active docket, in the event problems arise in relation to its settlement.

　　　　**IT IS FURTHER ORDERED** that the following motions are denied as moot: Doc. 231: Motion to Exclude re: Kenneth Laughery; Doc. 232: Motion for Partial Summary Judgment; Doc. 309: Motion in Limine, and Doc. 313: Motion for Extension of Time.

　　　　DATED this 19th day of December, 2012.

David C. Bury
United States District Judge