UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Jade Solis, A Single Woman; Rachel Corella, Individually and on behalf of her minor children JS and MS; Geraldo Quiroz, a single man; Justo SOLIS, a single man;<br><br>    Plaintiffs,<br><br>    vs.<br><br>Bridgestone Corporation, a Japanese corporation; Bridgestone Americas, Inc., a Nevada corporation; Bridgestone Americas Tire Operations, LLC, a Delaware limited liability company; Wal-Mart Stores Inc. a Delaware corporation; John Does I-V; Jane Does I-V; ABC Corporations I-V; XYZ Partnerships I-V, Inc., Inclusive;<br><br>    Defendants. | No. 4:10-CV-484-TUC-DCB<br><br>**ORDER**<br><br>(Assigned to Hon. David Bury) |

Pursuant to the Motion to Dismiss filed by Defendants Bridgestone Americas Tire Operations, LLC and Bridgestone Americas, Inc., IT IS HEREBY ORDERED dismissing all claims against Bridgestone Corporation, Bridgestone Americas Tire Operations, LLC

/////

/////

/////

/////

/////

/////

1  and Bridgestone Americas, Inc. with prejudice, with each party to bear its costs and
2  attorneys' fees.
3
4         Dated this 24th day of February, 2014.
5
6
7
8                                                        David C. Bury
9                                              United States District Judge

2